# Court of Appeals
# of the State of Georgia

ATLANTA, __October 27, 2025__

*The Court of Appeals hereby passes the following order:*

## A26A0581. JARVIS ALMORE v. THE STATE.

In 2009, Jarvis Almore was convicted of felony murder and other offenses. In 2025, the trial court denied Almore's "Motion to Vacate Void Judgment" and Almore filed this direct appeal. The State has moved to transfer this case to the Supreme Court of Georgia, arguing that jurisdiction lies there. We agree. The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of felony murder, jurisdiction over this appeal lies in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); see also *Hart v. State*, 322 Ga. 1, 10 (1) (917 SE2d 631) (2025) (even in murder cases in which the death penalty was not sought, the Supreme Court has opted to exercise its jurisdiction to review all such cases).

Accordingly, we GRANT the State's motion and hereby TRANSFER this appeal to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__10/27/2025__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*